LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS ROBERTS,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOES 1 through X,<br><br>                    Defendants. | Case No.:<br><br>(District Court of Clark County Nevada Case No. A-26-940710-C)<br><br>**NOTICE OF REMOVAL BY LAS VEGAS METROPOLITAN POLICE DEPARTMENT** |

Pursuant to 28 U.S.C. § 1441 and 1446, Defendant Las Vegas Metropolitan Police Department ("LVMPD"), through its counsel, Kaempfer Crowell, removes this action to this Federal Court.  In support of removal, LVMPD states as follows:

1.    This action commenced in the Eighth Judicial District Court of Clark County, State of Nevada.  The initial Complaint was filed on March 3, 2026; but, before serving any defendants, Plaintiff filed a First Amended Complaint ("Complaint") in the Eighth Judicial District Court on March 4, 2026, under Case No. A-26-940710-C.  The First Amended Complaint alleges that officers interfered with Plaintiff's First and Fourth Amendment rights.  The First Claim for Relief

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Page 1 of 4

arises under the federal statute 42 U.S.C. § 1983.

2.      Plaintiff served LVMPD with the First Amended Complaint on March 16, 2026.

3.      This Notice of Removal is filed within thirty days after LVMPD's receipt of the First Amended Complaint, in compliance with 28 U.S.C. § 1446(b). In accord with § 1446(a), a copy of the following are attached: (1) First Amended Complaint; (2) Summons; and (3) Notice by LVMPD of Removal of Action to be filed in the Eighth Judicial District Court.

4.      Removal is appropriate under 28 U.S.C. § 1441(a) because this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, which grants district courts original jurisdiction over claims "arising under the Constitution, laws, or treaties of the United States." This Court's jurisdiction arises from Plaintiff alleging facts that entail federal constitutional rights under 42 U.S.C. § 1983.

5.      Additionally, the Court has subject matter jurisdiction over Plaintiff's state-law claims in the Complaint through supplemental jurisdiction under 28 U.S.C. § 1367 because all of the state-law claims arise from the same common nucleus of operative facts giving rise to Plaintiff's federal cause of action.

6.      Although Plaintiff has named the City of Henderson and DOE defendants, none of the other defendants have appeared in the action yet to LVMPD's knowledge, and LVMPD has no reason to believe any other defendant will oppose removal or fail to consent to removal under 28 U.S.C. § 1446(b)(2)(A).

7.      The above-entitled lawsuit is a civil action for compensatory and punitive or exemplary damages.

8.      Under 28 U.S.C. § 1446(a), the state court in which this action was commenced is within this Court's jurisdiction.

9.      Pursuant to 28 U.S.C. § 1446(d), LVMPD certifies that a copy of this Notice of

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Removal will be served promptly on Plaintiff and filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

DATED this 15th day of April, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

**Attorneys for Defendant**
**Las Vegas Metropolitan Police Department**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Page 3 of 4

**CERTIFICATE OF SERVICE**

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **NOTICE OF REMOVAL BY LAS VEGAS METROPOLITAN POLICE DEPARTMENT** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

DATED this 15th day of April, 2026.

/s/ Robin Callaway
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Page 4 of 4