LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DOUGLAS ROBERTS,

                    Plaintiff,

vs.

CITY OF HENDERSON; LAS VEGAS
METROPOLITAN POLICE DEPARTMENT;
DOES 1 through X,

                    Defendants.

Case No.:   2:26-cv-01164-GMN-MDC

**LVMPD'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT
[ECF No. 1-1]**

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), files its Answer to Plaintiff's First Amended Complaint, (ECF No. 1-1) (the "Complaint") to admit, deny, and allege as follows:

## INTRODUCTION

1.     Answering Paragraph 1 of Plaintiff's Complaint, the allegations contained therein are non-factual statements and LVMPD is not required to answer the same.

2.     Answering Paragraph 2 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

3.     Answering Paragraph 3 of Plaintiff's Complaint, the allegations contained therein

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

Page 1 of 15

call for non-factual, legal conclusions and LVMPD is therefore not required to answer the same.

4.    Answering Paragraph 4 of Plaintiff's Complaint, the allegations contained therein call for non-factual, legal conclusions and LVMPD is therefore not required to answer the same.

5.    Answering Paragraph 5 of Plaintiff's Complaint, LVMPD denies the allegations contained therein.

## PARTIES, JURISDICTION AND VENUE

6.    Answering Paragraph 6 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

7.    Answering Paragraph 7 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

8.    Answering Paragraph 8 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

9.    Answering Paragraph 9 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

10.    Answering Paragraph 10 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

11.    Answering Paragraph 11 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

12.    Answering Paragraph 12 of Plaintiff's Complaint, LVMPD is without sufficient

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

Page 2 of 15

information to admit or deny the allegation and, therefore, denies the same.

13. Answering Paragraph 13 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

14. Answering Paragraph 14 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

15. Answering Paragraph 15 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

16. Answering Paragraph 16 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

17. Answering Paragraph 17 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

18. Answering Paragraph 18 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

19. Answering Paragraph 19 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

20. Answering Paragraph 20 of Plaintiff's Complaint, LVMPD admits the allegation to the extent that LVMPD SWAT members were involved in an incident on April 12, 2024. LVMPD is without sufficient information to admit or deny the remainder of the allegation and,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

therefore, denies the same

21.    Answering Paragraph 21 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

22.    Answering Paragraph 22 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

23.    Answering Paragraph 23 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

24.    Answering Paragraph 24 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

25.    Answering Paragraph 25 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

26.    Paragraph 26 is missing from Plaintiff's Complaint.

27.    Answering Paragraph 27 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

28.    Answering Paragraph 28 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

29.    Answering Paragraph 29 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

30.    Answering Paragraph 30 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

31.    Answering Paragraph 31 of Plaintiff's Complaint, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

32.    Answering Paragraph 32 of Plaintiff's Complaint, LVMPD is without sufficient

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Page 4 of 15

information to admit or deny the allegation and, therefore, denies the same.

33. Answering Paragraph 33 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

34. Answering Paragraph 34 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

## FIRST CLAIM FOR RELIEF

### (Violation of Federal Civil Rights Under 42 U.S.C. § 1983 – Fourth Amendment)

35. Answering Paragraph 35 of Plaintiff's Complaint, LVMPD repeats and realleges its answers to the preceding paragraphs, inclusive, and incorporate the same by reference as though fully set forth therein.

36. Answering Paragraph 36 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same. Moreover, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

37. Answering Paragraph 37 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

38. Answering Paragraph 38 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

39. Answering Paragraph 39 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

40. Answering Paragraph 40 of Plaintiff's Complaint, LVMPD alleges that the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

Page 5 of 15

allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

41. Answering Paragraph 41 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

42. Answering Paragraph 42 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

43. Answering Paragraph 43 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

44. Answering Paragraph 44 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

45. Answering Paragraph 45 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

46. Answering Paragraph 46 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

47. Answering Paragraph 47 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

48. Answering Paragraph 48 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

**SECOND CLAIM FOR RELIEF**

**(Violation of Nevada Constitution/Constitutional Tort)**

49. Answering Paragraph 49 of Plaintiff's Complaint, LVMPD repeats and realleges its answers to the preceding paragraphs, inclusive, and incorporate the same by reference as though fully set forth therein.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Page 6 of 15

50.     Answering Paragraph 50 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same. Moreover, LVMPD is without sufficient information to admit or deny the allegation and, therefore, denies the same.

51.     Answering Paragraph 51 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

52.     Answering Paragraph 52 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

53.     Answering Paragraph 53 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

54.     Answering Paragraph 54 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

55.     Answering Paragraph 55 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

56.     Answering Paragraph 56 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

57.     Answering Paragraph 57 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

58.     Answering Paragraph 58 of Plaintiff's Complaint, LVMPD denies the allegations

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

Page 7 of 15

contained herein.

59.    Answering Paragraph 59 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

60.    Answering Paragraph 60 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

61.    Answering Paragraph 61 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

62.    Answering Paragraph 62 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

63.    Answering Paragraph 63 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

### THIRD CAUSE OF ACTION

### (False Arrest / False Imprisonment)

64.    Answering Paragraph 64 of Plaintiff's Complaint, LVMPD repeats and realleges its answers to the preceding paragraphs, inclusive, and incorporate the same by reference as though fully set forth therein.

65.    Answering Paragraph 65 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

66.    Answering Paragraph 66 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

67.    Answering Paragraph 67 of Plaintiff's Complaint, LVMPD denies the allegations

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Page 8 of 15

contained herein.

68.   Answering Paragraph 68 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

69.   Answering Paragraph 69 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

70.   Answering Paragraph 70 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

71.   Answering Paragraph 71 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

72.   Answering Paragraph 72 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

73.   Answering Paragraph 73 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

## FOURTH CAUSE OF ACTION

### (Negligence and/or Negligence Per Se)

74.   Answering Paragraph 74 of Plaintiff's Complaint, LVMPD repeats and realleges its answers to the preceding paragraphs, inclusive, and incorporate the same by reference as though fully set forth therein.

75.   Answering Paragraph 75 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

76.   Answering Paragraph 76 of Plaintiff's Complaint, LVMPD alleges that the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

77.     Answering Paragraph 77 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

78.     Answering Paragraph 78 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

79.     Answering Paragraph 79 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

80.     Answering Paragraph 80 of Plaintiff's Complaint, LVMPD alleges that the allegations contained therein call for non-factual conclusions and LVMPD is therefore not required to answer the same.

81.     Answering Paragraph 81 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

82.     Answering Paragraph 82 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

83.     Answering Paragraph 83 of Plaintiff's Complaint, LVMPD denies the allegations contained herein.

## AFFIRMATIVE DEFENSES

Further, as affirmative defenses to each and all of Plaintiff's alleged causes of action, LVMPD alleges:

1.     Plaintiff's Complaint on file herein fails to state a claim against LVMPD upon which relief can be granted.

2.     LVMPD's actions were reasonable, justified under the circumstances, and privileged.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

Page 10 of 15

3.     At all times mentioned in Plaintiff's Complaint, LVMPD acted under the good faith belief that its actions were legally justifiable.

4.     There can be no recovery for punitive damages against any government official acting in his or her official capacity, pursuant to 42 U.S.C. § 1983.

5.     No award of punitive damages can be awarded against LVMPD under the facts and circumstances alleged in Plaintiff's Complaint.

6.     To the extent Plaintiff's causes of actions against LVMPD sound in negligence, no recovery can be had predicated upon 42 U.S.C. § 1983.

7.     Plaintiff's suit fails to state a claim for relief as he failed to allege a violation of a right, privilege, or immunity secured by the United States Constitution or by the laws of the United States.

8.     LVMPD did not enact or promulgate any policy, statute, ordinance, custom, policy, or procedure that denied or abridged any of Plaintiff's constitutional rights.

9.     LVMPD officials are qualifiedly immune from the actions alleged against them in Plaintiff's Complaint.

10.     The Nevada Revised Statutes, Chapter 41, limit the damages that may be collectable against a political subdivision of the State of Nevada.

11.     LVMPD is not subject to suit upon the facts and conclusions as stated in Plaintiff's Complaint by reason of their sovereign immunity as a political subdivision of the State of Nevada and more particularly by reason of the provisions of NRS 41.031, 41.032, 41.0322, and 41.035.

12.     Plaintiff's Complaint concerns a discretionary function of LVMPD for which LVMPD and its officials are immune.

13.     The Plaintiff's claims of a constitutional violation are unsupported in both fact

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

Page 11 of 15

and law, as Plaintiff has not alleged a sufficient basis from which a constitutional interest might arise in conjunction with the alleged actions.

14.    LVMPD acted at all pertinent times in accordance with applicable state and federal laws, and under legal authority.

15.    LVMPD's conduct did not violate clearly established statutory and constitutional rights of which a reasonable person could have known.

16.    Any injuries allegedly sustained by Plaintiff were the result of his own negligence or actions.

17.    Plaintiff's claims are barred by the Eleventh Amendment to the United States Constitution.

18.    At the time and place alleged in Plaintiff's Complaint, and for a period of time prior thereto, Plaintiff did not exercise ordinary care, caution or prudence for the protection of his own safety, and the injuries and damages complained of by Plaintiff in his Complaint, if any, were directly and proximately caused or contributed to by the fault, failure to act, carelessness, and negligence of Plaintiff.

19.    Plaintiff has unclean hands.

20.    Any alleged restriction was related to public safety and order and other legitimate law-enforcement needs.

21.    LVMPD did not deter or chill Plaintiff's rights and such deterrence was not a substantial or motivating factor in its conduct.

22.    LVMPD did not affirmatively cause the harm alleged by Plaintiff.

23.    Plaintiff cannot recover punitive or exemplary damages because Plaintiff has failed to plead and cannot establish facts sufficient to support allegations of malice, oppression or fraud.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

Page 12 of 15

24.    Plaintiff is not entitled to recover punitive or exemplary damages herein under any of the claims of relief alleged as none of LVMPD's supervisors, directors, or managing agents committed the alleged malicious, fraudulent, or oppressive acts, authorized to ratify such wrongful conduct or had advanced knowledge of the unfitness of any employee(s) who allegedly committed the acts and did not employ such person(s) with conscience disregard for the higher safety of others.

25.    LVMPD has not been negligent and has not breached its alleged duty to properly supervise the conduct of its employees with whom Plaintiff interacted.

26.    LVMPD alleges that the damages, if any, alleged by Plaintiff were caused in whole or in part, or were contributed to by reason of the negligence or intentional acts of Plaintiff.

27.    No act or omission of LVMPD was a cause in fact or a proximate cause of the injuries and damages, if any, sustained by Plaintiff.

28.    Plaintiff has failed to mitigate his damages.

29.    Plaintiff's claims are barred by the applicable statutes of limitations and/or the claims notice statute.

30.    Plaintiff's claims are subject to the doctrines of waiver or estoppel.

31.    Plaintiff failed to exhaust his administrative remedies.

32.    Any act taken by LVMPD was to reasonably advance a legitimate law enforcement goal.

33.    Plaintiff does not have standing to pursue the claims.

34.    Pursuant to FRCP 11, all possible affirmative defenses may not have been alleged herein insofar as insufficient facts were available after reasonable inquiry upon the filing of Plaintiff's Complaint, and therefore, LVMPD reserves the right to amend its Answer to allege

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.362

Page 13 of 15

additional affirmative defenses if subsequent investigation so warrants.

**PRAYER**

WHEREFORE, LVMPD prays for judgment as follows:

1.      That Plaintiff takes nothing by virtue of his Complaint on file herein, and that the same be dismissed with prejudice;

2.      For an award of reasonable attorney's fees and costs of suit incurred in the defense of this action; and

3.      For other and further relief that this Court deems just and proper.

DATED this 22nd day of April, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa S. Anderson
        LYSSA S. ANDERSON (Nevada Bar No. 5781)
        KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
        TRAVIS C. STUDDARD (Nevada Bar No. 16454)
        1980 Festival Plaza Drive, Suite 650
        Las Vegas, Nevada  89135

        **Attorneys for Defendant LVMPD**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Page 14 of 15

## CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **LVMPD'S ANSWER TO THE FIRST AMENDED COMPLAINT [ECF No. 1-1]** to be served via CM/ECF and/or Electronic Mail addressed to the following:

Adam J. Breeden
Alyssa N. Piraino
BREEDEN & ASSOCIATES
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV  89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
Alyssa@Breedenandassociates.com

*Attorneys for Plaintiff*

DATED this 22nd day of April, 2026.


 */s/ Robin Callaway*
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.362

Page 15 of 15