LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
***Attorneys for Defendant***
***Las Vegas Metropolitan Police Department***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS ROBERTS, | Case No.: 2:26-cv-01164-GMN-MDC |
| Plaintiff, | **STATEMENT REGARDING REMOVAL** |
| vs. | |
| CITY OF HENDERSON, et al., | |
| Defendants. | |

Pursuant to this Court's Minute Order, (ECF No. 3), dated April 16, 2026, Defendant Las Vegas Metropolitan Police Department ("LVMPD") submits this Statement Regarding Removal:

**1.      The date that Defendants were served copies of the complaint in the action.**

**Answer:**   Plaintiff served LVMPD with the First Amended Complaint on March 16, 2026.   Defendants CITY OF HENDERSON and CADE APONICK ("City Defendants") were served on March 26, 2026. (Joinder, ECF No. 6).

**2.      The date on which Defendants were served with copies of the summons.**

**Answer:**   Plaintiff served LVMPD with the Summons on March 16, 2026.   City

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Draft - Statement of Removal.docx6943.362

Page 1 of 4

Defendants were served on March 26, 2026. (Joinder, ECF No. 6).

**3.     In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendants' evidence of the amount in controversy.**

**Answer:**  Not applicable.

**4.     If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and date you first received a paper identifying the basis for removal.**

**Answer:**  The removal was timely filed within the applicable 30-day period under 28 U.S.C. § 1446.

**5.     In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.**

**Answer:**  Not applicable.

**6.     The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.**

**Answer:**  Prior to removal, LVMPD was not aware of any other defendants who had been served.  Following removal, Defendants City of Henderson and Cade Aponick appeared and filed a Joinder to the removal as well as an Answer. (Answer, ECF No. 9); (Joinder, ECF No. 6).

/ / /

/ / /

/ / /

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Draft - Statement of Removal.docx6943.362

Page 2 of 4

As required by the Court's Minute Order, a copy of the Order will be served on all other parties to this action and is attached as Exhibit A.

DATED this <u>1st</u> day of May, 2026.

KAEMPFER CROWELL
By:    */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
***Attorneys for Defendant LVMPD***

**<u>Index of Exhibits</u>**

**Ex. A** – Minutes of the Court, ECF No. 3

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Draft - Statement of Removal.docx6943.362

Page 3 of 4

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **STATEMENT REGARDING REMOVAL** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

Adam J. Breeden
BREEDEN & ASSOCIATES
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV  89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

*Attorneys for Plaintiff*

DATED this <u>1st</u> day of May, 2026.

 /s/ *Robin Callaway*
an employee of Kaempfer Crowell

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Draft - Statement of Removal.docx6943.362

Page 4 of 4