**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS ROBERTS, an individual, | |
| Plaintiff, | CASE NO. 2:26-cv-01164-GMN-MDC |
| v. | |
| CITY OF HENDERSON, a political subdivision of the State of Nevada, CADE APONICK, individually, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, and DOES I through X, | **JOINT STATUS REPORT REGARDING REMOVAL** |
| Defendants. | |

The undersigned counsel hereby submits this Joint Status Report in this matter removed from Nevada state court to comply with the District Court's Order [ECF No. 3] entered on April 16, 2026, directing the Parties to submit such a report.

This case was originally filed by the Plaintiff in the Eighth Judicial District Court of Nevada on March 3, 2026 and his First Amended Complaint on March 4, 2026, and removed to United States District Court for the District of Nevada by the Defendant Las Vegas Metropolitan Police Department on April 15, 2026. The City of Henderson Defendants joined the removal on April 23, 2026. The Complaint sets forth various causes of action centered around alleged violations of Plaintiff's civil rights by the City of Henderson, Cade Aponick, and Las Vegas Metropolitan Police Department. The Complaint includes allegations primarily First Amendment and related state constitutional violations. The Defendants deny all allegations. At the time of removal, no responsive pleading had been filed, no discovery had occurred, and no motions were pending in Nevada state

court. A motion to remand is not anticipated by the Plaintiff at this time.

All counsel conferred and agreed that no additional action needs to be taken by the Court at this time. Defendant has filed their Responses and the Parties had a Rule 26(f) Conference on May 12, 2026. The parties are in the process of circulating a Proposed Discovery Plan and Scheduling Order to submit to the Court.

Dated this 15th day of May, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 15th day of May, 2026.

**KAEMPFER CROWELL**

*/s/ Kristopher J. Kalkowski, Esq.*

**LYSSA S. ANDERSON, ESQ.**
Nevada Bar No. 005781
**KRISTOPHER J. KALKOWSKI, ESQ.**
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Las Vegas Metropolitan Police Department*

Dated this 15th day of May, 2026.

**HENDERSON CITY ATTORNEY**

*/s/ Brandon Kemble, Esq.*

**BRANDON KEMBLE, ESQ.**
Nevada Bar No. 11175
**WADE B. GOCHNOUR, ESQ.**
Nevada Bar No. 6314
240 Water Street, MSC 144
Henderson, Nevada 89015
Phone: (702) 267-1200
Fax: (702) 267-1201
*Attorney for City of Henderson Defendants*