**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS ROBERTS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a political subdivision of the State of Nevada, CADE APONICK, individually, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, and DOES I through X,<br><br>        Defendants. | CASE NO. 2:26-cv-01164-GMN-MDC<br><br>**DISOCVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on May 12, 2026. The parties now submit their proposed discovery plan and scheduling order pursuant to LR 26-1(b).

1.    <u>Discovery Scope and Limits</u>: The parties anticipate discovery regarding the allegations set forth in the Complaint and the defenses asserted in response, including issues of liability, causation, and damages. The parties do not propose any modifications to the discovery limitations set forth in the Federal Rules of Civil Procedure and do not propose phased discovery at this time.

2.    <u>Initial Disclosures</u>: The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than fourteen (14) days after the Rule 26(f) conference.

3.    <u>Discovery Cut-Off Date</u>. Defendant LVMPD answered on April 22, 2026 and City of

Henderson Defendants filed their Answer on April 30, 2026. The discovery cut-off date is **October 19, 2026**.

4.      Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is **July 20, 2026**.

5.      Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is **August 19, 2026.** The deadline to disclose rebuttal experts is **September 18, 2026**.

6.      Dispositive Motions. The deadline to file dispositive motions is **November 18, 2026**.

7.      Pretrial Order. The deadline to file a pretrial order is **December 18, 2026.** If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the dispositive motions or further court order.

8.      Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

9.      Alternative Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

10.     Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The Parties do not consent to either at this time.

[remainder of page intentionally blank]

11.    Electronic Evidence. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations and they agree to do so. The parties stipulate to providing exhibits and discovery in an electronic format compatible with the court's electronic jury evidence display system.

Dated this 20th day of May, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 20th day of May, 2026.

**KAEMPFER CROWELL**

*/s/ Lyssa S. Anderson, Esq.*

**LYSSA S. ANDERSON, ESQ.**
Nevada Bar No. 005781
**KRISTOPHER J. KALKOWSKI, ESQ.**
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Las Vegas Metropolitan Police Department*

Dated this 20th day of May, 2026.

**HENDERSON CITY ATTORNEY**

*/s/ Wade B. Gochnour, Esq.*

**WADE B. GOCHNOUR, ESQ.**
Nevada Bar No. 6314
240 Water Street, MSC 144
Henderson, Nevada 89015
Phone: (702) 267-1200
Fax: (702) 267-1201
*Attorney for City of Henderson Defendants*

**IT IS SO ORDERED**

_____

**DATED:** _____

3