**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| DOUGLAS ROBERTS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a political subdivision of the State of Nevada, CADE APONICK, individually, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, and DOES I through X,<br><br>        Defendants. | CASE NO. 2:26-cv-01164-GMN-MDC<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that, effective immediately, the office address of Breeden & Associates, PLLC, counsel for Plaintiff, has changed. All future correspondence, pleadings, and service of papers should be directed to the new address set forth below:

Breeden & Associates, PLLC
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119

[remainder of page intentionally blank]

All telephone, facsimile, and email contact information remains unchanged.

Dated this 22nd day of June, 2026.

BREEDEN & ASSOCIATES, PLLC

*/s/ Adam J. Breeden*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Rd., Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 22nd day of June, 2026, I served a copy of the foregoing legal document, **NOTICE OF CHANGE OF ADDRESS** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br><br>Wade B. Gochnour      Lyssa S. Anderson, Esq.<br>CITY ATTORNEY'S OFFICE      Kristopher J. Kalkowski, Esq.<br>240 Water Street, MSC 144      KAEMPFER CROWELL<br>Henderson, Nevada 89015      1980 Festival Plaza Drive, Ste. 650<br>                        Las Vegas, Nevada 89135 |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

*/s/ Kirsten Brown*
_____

**KIRSTEN BROWN**
**BREEDEN & ASSOCIATES, PLLC**