**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS ROBERTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a political subdivision of the State of Nevada, CADE APONICK, individually, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, and DOES I through X,<br><br>Defendants. | CASE NO. 2:26-cv-01164-GMN-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO FILE A SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel of record for Plaintiff and Defendants, that Plaintiff may file a Second Amended Complaint substituting the now-identified individual Defendant Redmond Willis in place of Doe Officer I as well as other stylistic or typographical corrections to prior versions of the Complaint. This Stipulation is made on the following grounds:

WHEREAS, on March 3, 2026, Plaintiff ROBERTS filed his Complaint asserting claims for violation of his federal civil rights under 42 U.S.C. § 1983, violation of the Nevada Constitution, and other state law claims, arising from an incident on or about April of 2024, later removed to this Court; and

WHEREAS, at the time the Complaint was originally filed, the identity of a Las Vegas Metropolitan Police Department Officer who interacted with and allegedly violated Plaintiff's civil rights was unknown, and that individual was therefore named as DOE OFFICER I; and

WHEREAS, through discovery, Plaintiff has learned the identity of the individual officer present at and involved in the subject incident; and

WHEREAS, Plaintiff seeks leave to file a Second Amended Complaint to substitute the now-identified individual officer in place of the previously-named DOE OFFICER I; and

WHEREAS, the proposed Second Amended Complaint asserts no new claims or theories of liability and instead (1) identifies by name the individual defendant previously pleaded as Doe defendant when the matter was in state court, and (2) corrects several typographical and stylistic errors in prior versions of the Complaint; and

WHEREAS, the deadline to amend pleadings and add parties is July 20, 2026 (see Discovery Plan Order, ECF No. 14 at paragraph 4), and this Stipulation and the relief requested are therefore timely and governed by the liberal amendment standard of Fed. R. Civ. P. 15(a)(2); and

WHEREAS, a copy of the proposed Second Amended Complaint is attached hereto as *Exhibit 1*, in compliance with Local Rule 15-1(a); and

WHEREAS, the parties have met and conferred, and Defendants do not oppose Plaintiff's filing of the Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, as follows:

1. Plaintiff is granted leave to file a Second Amended Complaint (attached hereto as *Exhibit 1*) substituting the individual officer identified through discovery, as set forth in the proposed Second Amended Complaint, in place of DOE OFFICER I, as well as making other changes of a typographical or stylistic nature.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2.  Plaintiff shall file the Second Amended Complaint within seven (7) days of the entry of this Order once approved by the Court.

IT IS SO STIPULATED AND AGREED.

Dated this 25th day of June, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

_____
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Rd., Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 25th day of June, 2026.

**HENDERSON CITY ATTORNEY**

*/s/ Wade B. Gochnour, Esq.*

_____
**WADE B. GOCHNOUR, ESQ.**
Nevada Bar No. 6314
240 Water Street, MSC 144 Henderson,
Nevada 89015
Phone: (702) 267-1200
Fax: (702) 267-1201
*Attorney for City of Henderson and Aponick Defendants*

**IT IS SO ORDERED:** Plaintiff must file the Second Amended Complaint by **July 6, 2026.**

Dated this 25th day of June, 2026.

**KAEMPFER CROWELL**

*/s/ Lyssa S. Anderson, Esq.*

_____
**LYSSA S. ANDERSON, ESQ.**
Nevada Bar No. 5781
**KRISTOPHER J. KALKOWSKI, ESQ.**
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 6-29-26

3